UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALORIE ROBLES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendant.

Case No. 3:26-cv-00605  TSH

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* PAUL G. KARLSGODT; ORDER** (CIVIL LOCAL RULE 11-3)

I, Paul G. Karlsgodt, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nationwide Insurance Company in the above-entitled action. My local co-counsel in this case is Sean P. Killeen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 320644.

1801 California Street, Suite 4400
Denver, Colorado 80202
MY ADDRESS OF RECORD

600 Montgomery Street, Suite 3100
San Francisco, California 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

303.850.4013
MY TELEPHONE # OF RECORD

415.659.2600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

pkarlsgodt@bakerlaw.com
MY EMAIL ADDRESS OF RECORD

skilleen@bakerlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29004.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2026

Paul G. Karlsgodt
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paul G. Karlsgodt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 3, 2026

UNITED STATES MAGISTRATE JUDGE

Updated 11/2021                                                    2